Mary McNamara, SBN 159859
Nathan Bays, SBN 291432
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant JOHN CLIFFORD POLLARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          vs.<br><br>JOHN CLIFFORD POLLARD,<br><br>                              Defendant. | No.      CR 13-722 WHO<br><br>**DECLARATION OF NATHAN BAYS IN SUPPORT OF DEFENDANT JOHN CLIFFORD POLLARD'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE** |

I, Nathan Bays, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and before this Court.  I am an attorney at the law firm of Swanson & McNamara, LLP.  I am personally familiar with the facts set forth in this Declaration.  If called as a witness, I would testify as follows:

2.      Attached hereto as Exhibit A is a true and correct copy of a letter from Jonathan Powell, dated December 6, 2013.

3.     Attached hereto as Exhibit B is a true and correct copy of a personal statement from John Clifford Pollard.

4.     Attached hereto as Exhibit C is a true and correct copy of a letter from Leah Caitlin Pollard.

5.     Attached hereto as Exhibit D is a true and correct copy of a letter from Veera Mylapore.

6.     Attached hereto as Exhibit E is a true and correct copy of a letter from Christine D. Wade, dated December 9, 2013.

7.     Attached hereto as Exhibit F is a true and correct copy of a letter from Susan Dyment.

8.     Attached hereto as Exhibit G is a true and correct copy of a letter from Steven M. Katz.

9.     Attached hereto as Exhibit H is a true and correct copy of a letter from Swanson McNamara to IRS Agent Natalie Richards, attaching a $100,000 cashier's check.

10.     Attached hereto as Exhibit I is a true and correct copy of an addendum letter from Christine Wade, dated May 8, 2014.

11.     Attached hereto as Exhibit J is a true and correct copy of a letter from Adam McNicol, dated May 8, 2014.

12.     Attached hereto as Exhibit K is a true and correct copy of an addendum letter from Jonathan Powell, dated May 18, 2014.

13.     Attached hereto as Exhibit L is a true and correct copy of a letter from Bevan Dufty, dated February 3, 2014.

**Declaration of Nathan Bays in Support of**
**Defendant John Clifford Pollard's Sentencing Memorandum and Motion for Downward Variance**
*United States v. Pollard*, CR 13-722 WHO

14.     Attached hereto as Exhibit M is a true and correct copy of a letter from Hansa Patel, dated May 21, 2014.

15.     Attached hereto as Exhibit N is a true and correct copy of a letter from Cody VanValkenburgh.

16.     Attached hereto as Exhibit O is a true and correct copy of a letter from Gabriel Matty.

17.     Attached hereto as Exhibit P is a true and correct copy of a letter from Gina Weyant.

18.     Attached hereto as Exhibit Q is a true and correct copy of a letter from Jeanette Hosch.

19.     Attached hereto as Exhibit R is a true and correct copy of a letter from Judith Davidson.

20.     Attached hereto as Exhibit S is a true and correct copy of a letter from Rachel Abraham-Pollard.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct to the best of my knowledge.

DATED: May 22, 2014, in San Francisco, CA          .


                                                        /s/
                                        _____
                                                  Nathan Bays

**Declaration of Nathan Bays in Support of**
**Defendant John Clifford Pollard's Sentencing Memorandum and Motion for Downward Variance**
*United States v. Pollard*, CR 13-722 WHO

# **EXHIBIT A**

# Letter from Jonathan Powell

179 Osgood Rd.
Sanbornton, NH 03269
December 6, 2013

Hon. William H. Orrick
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Your Honor:

I am writing to share with you my personal knowledge of John C. Pollard, in the hopes that it will help you to determine the appropriate sentence for him.

John Pollard has been a very important person in my life.  I am eighteen years older than him.  I have been a teacher at Sant Bani School in Sanbornton, NH, for 37 years, and am currently on sabbatical leave.  Sant Bani School is an independent day school founded in 1973 to serve the needs of the followers of the spiritual Master Kirpal Singh, from Delhi.  The Master had gained a substantial number of followers, beginning in the early '50s and accelerating throughout the '60s, and there was a concentration of them in the Sanbornton, NH, area, which had an Ashram (retreat center) and a printing press to distribute the Master's teachings.  As the followers began to have school-age children in the early '70s, there was a need for a school where the children could safely follow a vegetarian diet (a rare thing in those days) and be imbued with the teachings of the Master on the importance of spiritual life and service to others and the oneness of humankind, while at the same time being prepared for college and life in modern society.   I began working there at the age of 28, when the school had grown from 6 to 30 students, in 1976.  The school was unique in that it relied heavily on donations rather than tuition, and the young faculty were inspired to work for small pay.  Anyone who really wanted to go to Sant Bani could attend, regardless of ability to pay.  After the Master toured the country in 1977 and spent several days at the Ashram, several families from around the country relocated to the Sanbornton area so that their children could attend the school.  John's family was one of them.

John's first year at the school was a difficult one.  Social relationships were very important to him, but at the same time he had a lot of anger.  He was very sensitive and felt injury in an exaggerated way, and often felt that people were stealing from him.  He had issues with authority and soon developed a reputation as a bad kid, high energy and hard to control, always getting into altercations with other students and teachers (though rarely of a physical nature).  His parents' marriage was breaking up.  His father worked as a self-employed builder with a reputation for being competent but slow.  He was not ambitious and not a record-keeper or businessman.  He also had a series of relationships, in and out of marriage, with married or single women, and eventually fathered eight children with four women.  He was not a good provider, and he and John moved several times during John's adolescent years – I can remember six houses that they lived at.  Furnishings were spare, food, heat and clothing were uncertain, and John had to struggle to get the equipment he needed for sports like hockey, and fend for himself in many ways.

His mother was very important to him, but after the first year she moved to New York with John's two sisters to pursue her career as a jazz singer (she had worked with John Coltrane).  She was a needy, disorganized and self-absorbed person, subject to bouts of depression, but also very talented, talkative and vivacious.  Poverty was something of a religion and a political stance for her.  After the divorce she married a colleague, a drummer several years her junior, and from what I saw, he was the one who made sure that the children got meals.  John got along with his stepfather, but the marriage did not last.

When John's mother moved away, his father was not able to provide full-time day care, and I stepped in to fill the gap.  I felt that in spite of his troublesome behavior he had a lot of potential, but he had strong needs that needed to be addressed – to be respected, to be appreciated, to be supported, and to have control in his life.  I was able to spend a lot of time with him, listen to him, and satisfy these needs, along with driving him and his friends around for activities like hiking, tennis, swimming, movies and ice cream – I became sort of an uncle to him.  He was a leader and a mover, he always wanted to be active and have something exciting going on.  He had great skills for organizing materials and directing activities.  He wanted to be liked and valued and to please people and do things for them, and has always been loyal and generous.   He also developed a strong belief in work and doing something useful, to avoid the poverty lifestyle of his parents.  As he has developed through the years his horizons and ideas of what is achievable and possible have continually expanded.

In eighth grade he threw a rock through one of the school windows and had to leave the school.  He moved to New York with his mother, but that did not work out long.  He returned to New Hampshire and went to a public high school, where in spite of not being a strong student, he made a strong impression on both his French and English teachers, and developed a strong relation with a classmate and his family of farmers.  After a few years he applied again to Sant Bani and was accepted, but by then his maturity level was not a good fit for the high school culture, and he only lasted a semester.  He later got his G.E.D.  Although he was not at Sant Bani for most of this time, I remained close to him and spent a lot of time with him.

Sports have always been important to John - hockey, tennis, soccer, skiing, and later rock-climbing and various other activities.   They provide an arena where he can work hard and excel, a means for him to get the physical activity he needs in a structured way and a social setting, along with mental and physical challenges of mastering the skills and strategies involved.

When he was old enough, he started working with his father and his father's co-workers, both from the need to earn money and his desire to learn and master the skills of the building trade.  He kept progressing in his level of achievement, and in the early '90s, when he was married, he bought a piece of land and designed and built a large house for himself, trying out some innovative materials in the process.

After his marriage collapsed he relocated to Lake Tahoe.  The social network in New Hampshire was like a small town where everybody knows everything about you and your past, and it was liberating for John to get a fresh start without all the baggage of the past.  He worked hard as a builder and built up a good clientele, as he learned how to build in this new physical and social environment.  After a few years he moved down to San Francisco.  He loved the city.  He began by doing remodeling jobs, and was soon buying run-down buildings and renovating them for sale. He had felt the need to specialize in some niche where he could focus his skills and serve a specialize need, and after observing the city, he found his niche as a builder of garages.

Throughout, I have kept in touch with him. He comes back east periodically for short visits, and I have visited him several times in California and have been very impressed by what he has achieved, especially considering his beginning.  John had no formal education, but has built his career on hard work and long hours, learning from the example and practices of others.  His organizational skills allow him to manage people and assign tasks to keep several jobs going at a time, and he is constantly on the phone.  On job sites, he gives direction to each employee and listens to the problems that they encounter, finding solutions and juggling all the pieces so that they fit together.  He is ambitious and has vision that expands his accomplishments and leads him further on.  He is always seeking to improve and find a better way, and reads a lot about how to improve his business and his life.

As John is inventing his business on the fly, he makes mistakes and learns from them.  He tries to find competent employees that he can trust and rely on, in both field work and office work.  He also has taken people he trusts and put them in jobs where they have to define and figure out the job and train themselves by doing it.

One of John's strong qualities is loyalty.  He has many lifelong friendships from his childhood and adolescence.  He keeps his extended family of siblings and half-siblings together by providing an annual vacation for them at Martha's Vineyard.  He has hired many people that he knew back east, including many Sant Bani alumni, and some of them have become long-term employees.  He feels responsible for his employees, their growth, and their need to make a living.

He is also generous and willing to come to the aid of those in need.  Whenever people from New Hampshire come to San Francisco, he puts them up in his house or finds some property where they can stay.  He also wants to mentor younger people and open up opportunities for them.  For example, when he was married he hosted a teenager from New York in the hopes that a country environment would turn his life around.  He is also solicitous about the education of his younger half-brothers.

I believe that John's legal difficulties came from trying to make things work for his employees and his customers, without having the sophistication to recognize competent advice or to fully understand the imperatives of the tax laws.  As I have said, he is a person who wants to do the right thing, who learns from his mistakes, and who sees himself as a positive force in the community.  His businesses provide a livelihood for many people and it is hard to see how they could continue to succeed without his hands-on supervision.  I would hope that he be allowed to continue being useful.


Respectfully,

Jonathan Powell

# **EXHIBIT B**

# Personal Statement of John Clifford Pollard

## BACKGROUND AND PERSONAL HISTORY

## CHILDHOOD

I had an unconventional upbringing. Mainly, I remember being on my own during much of my childhood. My parents were caught up in the hippie era, and their own lives and their own squabbles.  From an early age, I was left to fend for myself while we moved around nomadically, and they used whatever spare money & energy they had accumulated to follow gurus around the country, undergo training at EST seminars, and pursue their own goals of spiritual enlightenment.

My parents were hippies, vegetarians and followers of an Indian guru. They homesteaded a farm in rural Summerduck, Va.  We had no money and neither of my parents took much trouble to make sure we went to school.

In addition to farming, my father, John Pollard, worked as a truck driver and a carpenter.  Either he never earned money at these jobs or he did not bring it home.  He himself was rarely at home.  Neither my mother nor any of us kids knew where he was most of the time.  When I was a child, he had a series of affairs with women who were in their late teens and the family disintegrated.

My mother was not regularly present for us either.  She was a part-time jazz singer who sang in small clubs and taught singing lessons.  She would go to Washington to sing, leaving us alone on the farm to fend for ourselves. I got into a lot of dangerous situations as a kid.  When I was four years old, I ingested gasoline (I was playing at being a choo choo train), got bitten by snakes at around the same age when I found a nest of them crawling around the barn boards, and I had plenty of stitches from various cuts, accidents and traumas that seemed to occur on a near-daily basis.  We kids always seemed to have to find help

ourselves, (although, on some occasions, a neighbor or friend or passerby lent assistance).

My childhood is a blur of moving from place to place, sometimes living with one parent, sometimes with the other.  When I was 7, when my parents were still together, we moved from the farm to the city of Richmond, Va.  My parents sent my sister and me to a public school in a rough neighborhood.  I was chased home from school every day, getting beat up and picked on, I finally learned how to climb telephone poles or trees quickly and run through peoples' back yards to avoid getting hurt.

I learned how to survive.  I didn't have many friends my age.  I spent a lot of time with adults.  For example, my best friend was a grown man named Gilbert, who worked at the cemetery.  We did many things together, like setting off shotgun shells.  I ran wild.

Just after I turned 9 years old, on March 13 1976, my sister Caitlin was born.  My parents' marriage was in trouble - our Dad was cheating on our Mom with a 19 year old girl, and the family moved to New Hampshire in a vain attempt to save the marriage.  Another reason for the move was that we would attend Sant Bani School in Sanbornton, NH (http://www.santbanischool.org/), founded to support the vegetarian lifestyle and teachings of the spiritual Master.  I received financial assistance from the school to attend.  We lived on a rural dirt road, that was 5 miles from the nearest town New Hampton, which had a small convenience store and a prep school.  My biggest problem was that I had no friends in the small town, being a new kid with long blond hair who went to a small hippie school 20 miles away. My class size was a total of 5 kids, 3 new boys from around the country whose families had all moved that summer to be at the school, and two girls.

By this time, I had developed serious issues with authority and it was extremely hard for me to get along with the other kids and teachers. My favorite times at the school happened in the morning and at recess, in the morning the entire school, K through 12, sat in one large room, probably 40 of us at the time in 1976, and we were read a story each day for 20 minutes, then off to class.  In class the 5 of us sat at a small table with the teacher right there with us. We called teachers by their first names.

After about two months, my mother and my youngest sister Caitlin moved to New York City and my 7 year old sister Veera and I remained with my father.  After four months Veera moved to NYC to join our mom and Caitlin and it was just my father and me on the farm. This was when my father, who had never been around much, virtually disappeared from my life.  The young woman, whom my Dad had dated in Virginia, moved to New Hampton, and I believe he began dating her again.  I was embarrassed by people talking about my Dad's affairs with other women.  My main memories were riding my bike to school and always trying to figure out how to get certain things, food, rides, warm clothes when winter was coming, money, jobs, etc.  From an early age I learned how to use chain saws to fell trees, cut them up into sizes that would fit in our stove to heat the house, split wood with a maul, and start and keep fires going in order to not freeze in Northern New Hampshire.

I remember life as hard.  Everything, from keeping warm, to getting enough food, to trying to make it at school was a struggle.  I felt very much alone in the world.  One of my teachers at the Sant Bani School, Jonathan Powell, took me under his wing.  He became a father to me in many ways, spending time with me, listening to me and nurturing me in ways that I am profoundly grateful for.  He had an upholstery business, fixing chairs and couches.  I would hang out after school and on the weekends, he would teach me how to write cursive, which was

required at the Sant Bani School.  For each word written I got a penny, then when we had 160 pennies, we got to town to Week's Ice Cream for a sundae, and if I built up more pennies, then I got to play videos for a bit, 25 cents a try.  At 12 years of age I could drive any tractor or backhoe, but did not know how to drive a car, so Jonathan taught me on the back dirt roads of New Hampshire. He would make sure that I got driven to places for school activities, and he seemed to value me and my skills.  Jonathan Powell is what stood between me and despair for many years.  He remains my close friend to this day.  I also now sit on the board of the Sant Bani School and raise money for it.  That school and Jonathan Powell probably saved my life.

When I was 11, my father joined with a neighbor Jim VanValkenburg to form a construction company, and they started doing remodeling jobs. That summer, they hired me for 50 cents an hour being a laborer. I wanted to paint too, but was told I did not have the skills.  One night I stayed 4 hours late and finished staining a wall, very badly, and getting stain on rocks and tile placed around it.  The head painter in the morning was extremely annoyed, and threatened to hit me and get me fired.  I shot back, "Don't yell at me, show me how to fix the rocks, tile and the bad staining job."  He did reluctantly, to his credit and within 2 weeks I was making 3 dollars an hour.  That led me to learn all of the carpentry skills that summer for a new 3 car garage.  I would do some work on my own, then get corrected the following day, usually with verbal and or physical abuse, but I always said, "Show me how to do it correctly, period."  By the end of the summer, I could frame, stain and paint, pull electrical and install roofs as wells as most of the tradesman, and faster, and my pay was $7.25 an hour.  I quickly realized that the more trades and higher skilled trades were more stimulating than doing labor work, and paid a lot more.

## TEENAGE YEARS AND FIRST WORK EXPERIENCE

When I was 12 we moved to Northfield to a house with no insulation, single pane glass, great for summer but not meant for winter living. The nearest neighbors had three kids that went to our school in Sanbornton, so I got rides with them, and also many meals since there was always a shortage of food at our house and my Dad was never around.

I used to take care of another neighbor's animals in return for being able to ride his motorcycle.  It was stolen from my house one night and the owner said I owed him $300 dollars, which was a huge sum of money at the time!  He told me I could work it off after school and on the weekends, working in his jewelry shop, making jewelry for him.  I became very good at pounding silver and gold earrings, rings and bracelets as well as soldering them together.  Once my debt was repaid this worked better in the winters, since for after school work we had to use lights in construction jobs, and it was freezing in the fall and winters.

The spring I turned 13 my Dad had his pregnant girlfriend move in with us. We did not get along at all, it was a terrible experience for both of us.  That summer my Dad told me I had to move out, that Lynn did not want me around for the birth of my sister Rachel, so I briefly moved in with Jonathan Powell, my teacher friend.  That fall I got kicked out of school for throwing a rock, so I moved to New York City to live with my sisters, my Mom and stepdad Rick.  I only lasted two weeks, they kicked me out and I went to live with some jazz musicians in Soho, about 20 blocks away.  I went to the special public school that my sister attended, the Clinton Program, but with no friends it was extremely hard to get along with teachers in the new situation.  There was literally no one at the flat I was living in, since the four musicians all traveled for work.  I hated New York.  Since I was 10 years old, I would spend winter break, spring break and most of the summers in my Mom's 300 square foot apartment in the lower East Side, which was an extremely drug

infested area, the largest area in the world for heroin and cocaine at that time.  Growing up on farms and in the country, the city was the worst situation for me, especially with no parental supervision, being chased and having to survive on my own.  I regarded the time in New York as a prison sentence that had to be served.

At the age of 13 my father sent me to an EST training on a one-way ticket to San Francisco.  EST (Erhard Seminars Training) was very much in vogue at the time, particularly with people of my father's mindset.  Named after Werner Erhard, a former used car salesman, who later was exposed as a quack, EST seminars featured motivational speaking where narcissism and existentialism were preached.  I had to fend for myself in the city before going to Tahoe, and then rely on people at a meditation retreat to get me back to New Hampshire.

I came back to New Hampshire for the summer at 14 years old and worked for my Dad again.  The Sant Bani School would not let me return, so I went the local public high school in Tilton, where I didn't fit in.  Soccer was my saving grace.  My almost two years in public school were not fun, except for soccer and one great teacher named Stephen Tessler, who taught English, Shakespeare and other great topics.  When I got kicked out of public school and decided not to go back the soccer coach was extremely disappointed in me, saying I had given up on the program, but he did not realize that I had no way to survive the school.  By that time I was living alone, paying rent and utilities, and, in return for providing rides for another kid, his father gave me a $100 dollar Volkswagen.

When I was 15 years old, the landlord to the house we rented, where I lived (but where my Dad was hardly ever around), said that we had to leave.  I asked why, and he said he my Dad had not paid rent for 1.5 years, and that we needed to move out.  I said I would work in exchange for rent on the house, fixing the barn, garage and house, and

I signed a two-year lease with him.  That winter when it was around 10 below, and having been kicked out of high school, I was working on the lake for a large construction company. When I came home one night, it had snowed and there was a fuel truck in the driveway, pumping out fuel from the house.  I asked the driver why, he said no one had paid the bill. It was now 20 below, with no heat, every pipe in the house would burst!  I told him to stop, I would call Fred Fuller, the owner and work it out, he told me to jump in the snow.  I blocked the truck in the driveway and called the owner, and negotiated a payment plan, $60 then, and $60 each month till paid in full.  The worker was not happy, since he had to pump the oil in back into the tank. The next night when I came home there was no power, and a notice on the door that it was shut off because the electric bill was not paid.  I walked up the road and asked a neighboring electrician what to do since it was 8 pm at night and there was no one in the electric company office.  He told me to climb the pole and pull out the meter, inside would be 2 plastic tags, pull each one out, at a time, do not touch at same time, or it would fry me dead.  Once completed, I had electricity again.  The next day at lunch I went and got the bill put in my name and address and paid it in full.  This was a recurring theme for me throughout my childhood, that I needed to figure things out, or was going to be hungry and cold which happened more times than I can remember.

After surviving the winter of 1983, at age 16, old my landlord asked me if I knew someone who could do a large remodel and addition for them, since my Dad said the job was too small for him.  I said I would do it, not to worry, then I hired four friends and built the addition.   So I had my first official construction company at age 16.  For the next 3 years I ran my company and helped run my father's and Jim's construction company.

When I was 17 years old, we did a job next to a farmer whose son Matt Swain had attended high school with me.  They had an incredible work

ethic and integrity, and I soon developed a long lasting friendship with the entire family, especially with Matt.  After work I would help them with their roofs, building meat rooms, building new barns.  We always worked together whenever I had finished my day.  Their days started at 4:30 in the morning and went until 9:30 at night, 7 days a week.  They loved having me over for dinner, since I was a vegetarian and would eat all of the vegetables they did not like.  My friendship with them, taught me their strong work ethic.  If a cow was birthing at 2:30 in the morning, you just get out there and help; you help families in need when their house would catch on fire, or if they needed new roofs; whatever it was we would just go over and help who ever needed something.

## MARRIAGE AND LAKE TAHOE

When I was 21 years old I met Patricia, a young lady from France, and we decided to travel around the country for 6 months on my motorcycle.  We had both saved for 6 months to be able to afford the trip.  We traveled to over 30 different states, staying in many National Parks, camping the entire time, and seeing what an incredible country we live in.  I proposed to her after she had returned to Paris, and we were married that summer on the Swain Farm in NH in 1989.  I had developed an extreme work ethic but had no role models for building relationships, and our marriage was doomed from the start.  We built a house together, and stayed married for 3 years, but were separated half that time.  Patricia and I decided to try to save the marriage by moving to Paris, working for her uncle, and traveling by motorcycle around Europe, but it did not work out and I finally agreed to a divorce.

After returning to the States I began dating an older woman.  She traveled around the US, and decided to settle in Lake Tahoe and invited me out to take a job running a medium size construction firm.  I immediately went to work running a local construction company, and

began buying up buildable lots.  I decided to just build my own spec homes, homes to sell on the open market.  Within one year I was the largest builder in Lake Tahoe with over 35 employees, and building 6 different homes at a time.  My relationship with that woman did not work out, but I built her home, and we have remained friends ever since.   Tahoe was an incredible experience for me.  Learning all of the new ways they build in earthquake country and snow country was a full time learning experience that I relished each day.

<u>SAN FRANCISCO</u>

In the winter of 1997 I met a CEO of start-up companies who lived in San Francisco.  He asked if I would be interested in investing in San Francisco, buying an apartment building together, and I said for sure.  We had such a hard time buying property together, that one day he suggested that instead of coming down every weekend, why not just move here.  I replied OK and I had no idea at the time that I was completely done with living in a ski town.  I never drank before moving to Tahoe; since my family's life was so dysfunctual I always wanted to be in control.  Eventually I finally tried beer after a couple of years in Tahoe, then moved unto liquor, and I believe began drinking most evenings.

Once I took the leap to San Francisco in the late fall of '98, after buying a large house in the Mission with my now friend Eric, I loved everything about the city, the progressives, the energy, people who here starting new companies each day.  It was extremely stimulating.  My drinking decreased over night to an occasional beer, or wine only, and I really embraced my new living environment.

I thought I could dig under the house I bought with Eric and install a new garage, and we would remodel it into two flats, one for each of us.  I had clients from Tahoe, who gave us remodel work in the Bay Area,

and neighbors just came to my house to see if we could do their addition, their garage and on and on.  I moved a few of my longest employees down from Tahoe as well, to help run our new business.  Some are still with me after 20 years.   When the Dot Com bust happened I had a couple of neighbors who said they were laid off, but had money, and wanted to support me in starting a new construction company, and what did I think SF really needed.  I said the need was for a real garage company, building new garages, expanding existing garages and retrofitting buildings.  85% of the cost of a garage or expansion was seismic upgrade, the work it takes to keep the property from falling over in an earthquake.  A couple of guys with Wharton Business School degrees came on board to help me start "San Francisco Garage Company".   We started building new garages, expanding garages and structurally upgrading buildings in SF, and hiring many more employees.

We could not find enough engineering companies to keep up with all of our works.  I was spending half my day in Berkeley with an engineer named Harold who I would dictate what I wanted him to design, then when complete, I would take the disk to get printed plans, then bring back for him to sign.  I finally asked Harold if he would like to join me in a new engineering company, with two offices, one in Berkeley and the other in SF, so that he could continue to work in Berkeley.  He agreed and we have been working together ever since with engineers in both offices. By now it was 2002, and we had 3 companies with over 75 employees, maybe more, a one stop shop for design, engineering, permitting, and construction, with electricians, plumbers, heating, shoring, concreters, framers, steel guys, and all major trades done in house.

Eric and I bought another building, four units.  I subdivided the property and we sold off the units, and that began again my 4th company of buying, developing and either keeping or selling of property.

I then started a larger development company with four other people, a top SF Attorney, a top Structural Engineer SE, a top TIC Attorney and a top TIC broker in the city.  My thought was that with all of us being the top in our field it would be a win win.  This was not one of my better ideas.  After doing many deals together I am still working with only one of the original team.  In hindsight, I have always needed a business manager.  I am not sure it would have been possible to make more mistakes than I have made, with how I set up our businesses and the way we went about trying to achieve goals.

Speaking of mistakes, around 2004 I met an incredible woman and finally for the first time in my life fell in love.  I of course messed things up immediately by getting upset that she wanted to do a joint project with another person that I did not respect, which made me extremely competitive and upset all in one.  I said she should do the project on her own or with me, when then we went full speed into business together, and manage to do quite well despite both have type A extreme personalities.  After four years we both decided we had to go our own ways, and sold off our properties together.  I do not regret the relationship.  It was much harder than work, to say the least, but I finally learned a lot about myself and others.

In 2008 after working on a committee called BPR, Business Process Relationship, I learned that the SF Building Department was going to have completely new requirements for "special inspections", inspecting contractors and home owners when they are pouring concrete, and inspecting steel when they are installing steel in buildings throughout the Bay Area.  Having worked with many special inspection companies for the past 10 plus years, dealing with unprofessional behavior and paperwork nightmares, I decided to start a new company called A1 Inspections. Today we have eight full time employees doing work throughout the Bay Area with unlimited growth potential, with our existing 340 contractors that we do repeat business with.

In late 2008 my friend of over 30 years Nathan agreed to come out to begin a radiant heating and solar company, specializing in installing radiant heat in homes throughout the Bay Area.  Nathan is a 3rd generation contractor like myself. He was considered one of the best heating contractors on the entire East Coast, doing jobs of just about any size, but specializing in super large efficient homes and hospitals as well.  We began SF Eco Works in 2008, and our work has exploded and grown since its inception to being the best radiant company in the Bay Area.  That said, I decided to put this company on hold until I am able or find someone able to run it since it takes away from my core business that make money.  I should have kept this a small company under SF Garage until I had management to run it, a hard lesson learned.

With all of these companies, I did a terrible job of meeting my responsibilities for taxes, paperwork, making sure that the books were in order. I justified it to myself by thinking that contractors all over the city treat employees like independent contractors and by fobbing off the responsibility on tax matters to accountants and bookkeepers who I just didn't keep in the loop. That was a huge mistake and one that I feel terrible about.

In 2008 with the world ending, my relationship ending with my fiancee, and the incredible credit crunch, we began having serious problems with clients owing us huge amounts of money, our sub-contractors not able to complete their work on our projects, our suppliers not able to get us supplies because of their cash crunch, and our employees who had bought homes began not being able to make payments, which led us to the past five years of being barely able to survive and sometimes wishing we had not survived.   The salt in the wound was having a bunch of nuisance law suits against us, or involving us, such as complaints about roof leaks on jobs where we had only done the

12

foundation or garage, and they came in droves, one after another. After five years and having poor advice, since we are not able to afford better accountants and attorneys, we have sold almost all of the assets that I had built up over the past 20 years to remain in business, pay all of our creditors and keep our doors open on six different companies so that the workers we have had for the past 20, 15, 10 or 5 years, training and growing with us, will remain for a long time.

## REFLECTIONS AND GOALS

The one thing I know is that I am incredibly lucky to have made it so far in life, realizing that I have had a lot more opportunities than most.  I also know that I have made many mistakes over the past 46 years.  I realize that I really need the right help, professionals who will help look over the areas that I have learned I am not good at, to make sure that we keep our companies financially stable and profitable, and that if this not achievable then we need to shut that particular business down no matter how hard it will be for us and our team.

My goal and dream for the past 20 years was to partially retire by the age of 40, now maybe 50, if lucky, and to spend time working with kids, tutoring, teaching them life lessons, preparing them for the world ahead.  I know first-hand how not having an education can be limiting to one's opportunities, and the better prepared youth are the more options they will have going forward into the real world.  I formally started a non-profit called the Urban Youth Center last year.  The mission for the program is to teach young neighborhood kids life skills, from preparing meals to time management to basic IT skills that we all use in our everyday life.  They would mentor with different businesses to see if they may want to be an structural engineer protecting our city with seismic designs, or designing a new home, to working in the trades, learning radiant heat and solar energy, which is where our future is headed, hopefully finding a profession that will give them a

sense of pride and security.  Eventually I want the program to have a center in the country as well, a place where kids can learn to grow vegetables and fruits and make meals with what they have planted or harvested.  I feel that many kids are only learning how to work ipods, phones, Xbox, etc, and without real lessons in the city and in the country, they are less prepared to work in the box and think out of the box.

# **EXHIBIT C**

## Letter from Leah Caitlin Pollard

Honorable Judge William H. Orrick
United States District Judge
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Dear Judge Orrick,

My name is Leah Caitlin Pollard. I am John Pollard's sister. John and I did not grow up together since our parents got divorced when I was born, but we have always been in each others lives as much as possible. My brother is the oldest of our family, and has always been a very responsible person, despite being raised by our very neglectful parents.

My brother left high school when he was 15 years old, and had been living on the couch of a friend of the family's for his last few years in school. We all had a very difficult life in our family but I have always thought that my brother had it the worst because when he was 13 he neither lived with my mother nor father, which is a terrible way to live as a young man. Our father has 8 children with four different mothers and our own mother suffers from severe mental illness and was unable to care for him after nine years old. He suffered much abuse and neglect at the hands of both of our parents.

Despite these hardships my brother at 15 started working full time developing his own construction company in New Hampshire. He had his own employees when he was 17 years old and was fully constructing houses at that age. Little by little he made a company with no financial help from our parents or any other friends.

He moved to California and continued his company there in Lake Tahoe and was very successful. About 15 years ago he moved to San Francisco with his company and it has grown from there. He asked my sister Rachel who is younger to come out and work for him and they have been working together ever since. John has always been an extremely hard worker despite having absolutely no role models in this area. Neither of parents have worked most of our lives and have often depended on other people financially. But my brother was always somehow internally motivated and very ambitious. Within our family it is incredible the accomplishments that he has made considering how poverty stricken our upbringing was and how little guidance we received. I am very proud of the man that he has become.

On a personal note he has always been very supportive to our family, both financially and emotionally. I have been living abroad the last two years and he was always there for me when I called feeling lonely and disconnected from our family from being so far away. For the past seven years he has paid for six of the siblings to all get together for a weeks vacation so that we can all get to know each other better since most of us grew up in different homes. This is very expensive as we live in four different states and other countries. My brother is the most generous person I have ever met. He always gives with absolutely no preconceived notion in mind of getting something in return.

Regarding my brothers offense I can tell you that since my brother created his company all on his own he is used to doing everything by himself and I have seen firsthand that it has always been

difficult for him to give up control and delegate jobs to others in his company. Also most people who have businesses that are this successful have been mentored and guided through the years by family or business associates but since John did not grow up with this type of guidance it is understandable to me that he made mistakes.

I love my brother very much and appreciate him for who he is and know that he does the best that he can with what he has learned about how to survive in a world that has not been particularly kind to him.

Sincerely,

Leah Caitlin Pollard

# **EXHIBIT D**

Letter from Veera Mylapore

38 Tierney Street
Cambridge, MA 02138


February 7, 2014


Hon. William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Your Honor:

I am writing to you to share my experience of my brother, John Pollard, and to advocate on his behalf. I hope this information will help to illuminate John's character and show you what a bright light he is in our family and in his community. There are three major themes that I can use to describe John; family, education, and service.

John has devoted a huge amount of energy and focus to his family. He has, even as a young adult, been a meta-parent to me and our siblings. This has taken the form of guidance on education, jobs, and even relationships as well as financial support. This is especially notable considering he had little guidance himself as a young man. Our parents did the best they could, but were quite absent and we were often in a position to simply figure things out on our own. This less than ideal upbringing did not hold John back. He has been a committed brother in all aspects and a huge support to myself and many others in our family. John has been a voracious reader since childhood (and auto-didact) and what he didn't learn from traditional sources such as our parents and school he made up for through self-education, which helped him to frame his approach to life and guidance for me and others. Our success as adults reflects his mentorship and care. An example of his commitment here is his continued financial support of my father's former wife through helping her build a barn to store organic hay, pay old tax bills, and pay off credit card debt. Additionally, he has supported both my mother and father with various expenditures and monthly expenses as they've gotten older. To me, it shows true maturity that he can be committed to helping our parents despite their challenges in providing a strong foundation in our childhood. John's integrity and development as a human being shines through in these situations through his financial support of family and his dedication to being a fully-formed support system for each other throughout life.

Although John struggled in school as a young person, or perhaps because of it, he has been a major supporter of mine and our family's education as an adult. For various reasons, my sister and brother both dropped out of high school and I decided to delay college for many years. When I did decide that it was time to go to college (at 28), John was very supportive and paid for all of the expenses that my loans and scholarship did not cover (e.g. rent/clothing/food/car expenses) for 4 years. Additionally, he helped my sister attend film school and college (Latin American studies) after she got her GED. Lastly, he was a brave advocate for our younger (half) brothers' education. Our father and the boys' mother had home-schooled them for many years. However, we were concerned that the actual education being rendered was insufficient and that the boys needed more socialization (they live in rural Vermont). All of the siblings felt this way, but John vocalized this with our father and the boys' mother in a direct, and yet compassionate way. He explained that they were bright kids and that they might miss the opportunities their parents had if they were to continue being home schooled. The way he framed the message

helped them see the potential in traditional schooling for our brothers and they took the big step of enrolling the boys in school; John supported this by doing research in their area to find suitable schools and navigate the admission process for older students. Furthermore, he has covered all of their education costs (tuition, books, tutoring) since they began in the 5th and 7th grades (5 years). I can't separate my success from John's support – I have a good job and career today as a software analyst and manager in the healthcare information technology sector due to his impression on me that education was critical and his financial support. The older of our younger brothers will be starting college next year and the younger one is thriving in school. We couldn't have done this without John being who he is. I am so grateful to him for this.

Being of service to others and, especially, helping those less fortunate than he has been a focus for John his entire life. We did not have a lot of money growing up and John started working at a young age to help with this. He always had a compelling personality, even as a kid, and he attracted strong and faithful mentors early on who I think helped inspire him to be of service to others. Even when he had very little, he shared and gave away what he had to others. John also had a phenomenal work ethic from the start, which helped him develop quickly in his career from a young age – he had formed his own construction business by his early twenties - an amazing feat in itself for someone who dropped out of high school! His service has taken various forms – giving to his school – Sant Bani School – and serving on the board, hosting a yearly week on Martha's Vineyard for all of the siblings and my daughter (7 people), always helping his family travel to see him in California by purchasing plane tickets and hosting our younger brothers during their school vacations in beautiful places such as Costa Rica, Mexico, and California. John also paid for a family friend who had helped my mother with my sister's care when she was a baby to move from the East Coast to CA, provided housing for her and gave her a significant loan to pay off her credit card debt. She didn't ask for this, he simply saw the need and took action. Lastly, I remember being in college and asking John if he could help with a friend who was trying to get to Uganda to visit her parents – she hadn't been able to afford to go home since starting college. John didn't hesitate to buy her a ticket, a life-changing trip for this woman. These sorts of acts are so amazing and yet truly everyday occurrences for John, he's just that kind of person. To me, true humility is demonstrated when you don't need to promote what you do, it is quiet generosity – and John exemplifies this spirit.

It is truly amazing to me how much John has to offer the world, especially considering his upbringing. Living with my father in New Hampshire as a child, the heat and electricity would get turned off, John wouldn't always have enough to eat, and I remember him not always having appropriate clothing (I lived with my mother in New York). John transformed this early hardship into phenomenal strengths – his work ethic and these core values that I have mentioned have made him an outstanding person. Through this letter, I hope that you will see how far John has come and how much he has done and can do in the world. I know that John feels absolutely humbled and regretful for what he has done, but I urge you to consider the impact that incarceration would have on John's business and his family support. I am very grateful to you for your time and care in evaluating and judging my brother's case fairly. I have great faith in our judicial system and appreciate all that you do. Thank you for your time in considering these thoughts about John Pollard.

Sincerely,

Veera Mylapore

# **<u>EXHIBIT E</u>**

## Letter from Christine Wade

**CHRISTINE R. WADE, ESQ.**
**575 MARKET STREET, SUITE 2700**
**SAN FRANCISCO, CA 94105**
**415.814.6400**

December 9, 2013

Hon. William H. Orrick
United States District Judge
Northern District of California
450 Golden Gate Avenue, 17th floor
San Francisco, CA 94102

**Re:     *John C. Pollard and SF Garage Company Inc.***

Dear Judge Orrick:

I have been John Pollard and SF Garage Company Inc.'s attorney for over two years. I handle their construction and real estate related litigation, assist with pre-litigation disputes, and advise on day to day real estate, land use and contract matters.

When Mr. Pollard first sought assistance from me and my firm, he had approximately eight open litigation matters. Many of these matters had been pending for over a year with little or no progress made toward resolution. In at least one matter, a default judgment had been entered for failure to appear. The files we received from Mr. Pollard's previous attorney revealed a lack of diligence and many failures to meet deadlines or otherwise timely attend to the matters.

In the years prior to the 2008 recession, Mr. Pollard and his firm were involved in a handful of litigation matters, most of which involved normal business disputes, despite operating a construction company in San Francisco for over 15 years. The majority of the cases that we have handled for Mr. Pollard and his firm since then, however, involve allegations of construction defect often as a pretext for non-payment.

Since 2008, Mr. Pollard has experienced what many other residential contractors have. Clients who contracted for work thinking they could afford to pay for it by subsequently refinancing their homes or taking a second mortgage found themselves unable to pay for the work, which in most cases had already been completed or substantially completed. Many of these now remorseful buyers refused to pay the contracted price and as a means to justify non-payment claimed construction defects.

In each case we have handled for Mr. Pollard and his company, there has been no real evidence of defect. In most cases, however, we have ultimately advised our client to settle rather than litigate based on the economics as well as the time that he and his employees had to dedicate to assisting with a defense. Even with minor matters and a focus on efficient,

December 9, 2013
Page 2

economical resolution, the costs of the cases we have handled, between attorneys' fees and settlement payments, exceed $1,000,000 in the past two years. In many cases, the previous attorney's lack of diligence increased the overall cost of defense and settlement. The financial burden on Mr. Pollard and his firm to resolve these matters has been significant and detrimental. This is particularly true given the severe drop in residential construction jobs that accompanied the 2008 recession.

In the early 2000s, Mr. Pollard also invested in various residential properties in San Francisco. Many investments were successful but, in particular, many investments he made in 2006 to 2007 became uneconomical when property values and resale possibilities dropped severely in 2008 and the years following. The carrying costs of these investment properties further drained Mr. Pollard's and the company's funds.

I have worked closely with Mr. Pollard for the past two years. In the course of that work, I have found him to be honest, forthright, and extremely hardworking. I have more than once recommended him to clients and friends. I have also seen the effects on him of the financial strain brought on by the recession. While the economy has rebounded, like many businesses, the effects of the sudden drop in real estate values and all that accompanied it continue to affect SF Garage. Mr. Pollard's efforts to keep his companies going, keep his workers employed and pay off debts accumulated during the recession have been ceaseless. He regularly works 14 hour days, 7 days a week. Despite this demanding schedule, he will still regularly take the time to assist a client or friend with something as simple as relighting a pilot light. I am continually impressed by his work ethic and strength of character.

Sincerely,

Christine R. Wade

# **<u>EXHIBIT F</u>**

Letter from Susan Dyment



## SANT BANI SCHOOL

December 13, 2013

Hon. William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Orrick.

I am writing on behalf of John Pollard, a dynamic, determined individual who has turned adversity to advantage for himself and many others in his family and the wider community. He is a special blend of energy and reserve, always there to step forward to offer a hand.

When John asked me to write on his behalf I was stunned to learn what has happened. It seems so unlike anything I know of him, and I have known him since he was in kindergarten. I know his extended family and even now I often talk with his mother. I have been a teacher and guidance counselor for over 35 years at the Sant Bani School, in Sanbornton, New Hampshire, where John was a student for several years. Ours is a small private school with a strong feeling of community, and John has continued a close relationship with the school in his adult life, as a participant in school-related activities, a member of the board of directors, a very generous donor, and a good friend to many people who have known him as long as I have.

John has had to develop his considerable talents with very little parent support. His mother has been disabled throughout much of her life, barely able to look beyond her own needs for substantial periods of time. His father has had many relationships and eight children, all of which have diffused his attention away from the necessities of John growing up. Still, through discipline, energy and natural talent John went from a high school drop-out and manual laborer to a businessman and philanthropist. His is truly a rags-to-riches, American-dream story.

My sincere feeling is that justice in a case like John's deserves as much consideration of leniency as possible. The best outcome for society would be to look to the future not the past. I don't believe John or society would benefit from a harsh sentence. I know he is not dangerous and he is truly unlikely to ever transgress this way again. John may have acted foolishly but I don't think he is a fool who would think he got away with anything. He is not a bad man. I know of and appreciate the good he has done for many people. I am confident he will continue in those good ways if he is given the chance.

Sincerely yours,

Susan Dyment
Susan Dyment
Director of College Guidance

# **EXHIBIT G**

Letter from Steven Katz



SIDEMAN & BANCROFT LLP

One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Steven M. Katz

skatz@sideman.com

April 11, 2014

**VIA FIRST CLASS MAIL**

Hon. William H. Orrick
450 Golden Gate Avenue
San Francisco, CA 94102

   Re:  <u>John Pollard</u>

Dear Judge Orrick:

  I am writing on behalf of my client, John Pollard.  I am a tax attorney and a partner at the Sideman & Bancroft law firm in San Francisco.

  Mr. Pollard engaged me in 2013 to assist him and his corporate entities in resolving their employment tax liabilities and ensuring compliance with federal and state tax laws.  Since my engagement by Mr. Pollard, he has made significant efforts to address his tax obligations.  He authorized me to contact both the Internal Revenue Service and the California Employment Development Department (EDD) and to work with these tax authorities to ensure his compliance with applicable filing obligations and to establish appropriate payment arrangements to fully satisfy his tax obligations.

  We are presently working with the IRS audit division to address payroll tax periods subsequent to the years before you and have recently been assigned to an IRS revenue officer to establish an appropriate payment agreement to fully pay existing tax liabilities.  We have already established a payment agreement with the EDD for one of Mr. Pollard's entities and are on the verge of an agreement for the other entity.

  As part of the process of changing his tax practices, Mr. Pollard hired a business manager (with a legal and tax background) in November 2013 to ensure that his business complies with all tax laws.  I have been working with her on all tax matters and understand that the following changes have and are being made:

- A CPA has been retained to prepare all tax returns, advise on accounting issues and review accounting staff work.  All tax returns are now filed through the 2012 year and

Hon. William H. Orrick
April 11, 2014
Page 2

extended for the 2013 year, where applicable.  All tax notices are now dealt with on a timely basis.

- In addition to addressing prior years' employment tax issues and filing amended payroll tax returns, Mr. Pollard is now properly classifying and treating current workers as employees and will do so going forward.

- Mr. Pollard is in the process of selling various properties to satisfy his tax and other debt obligations.  The sale of the Mason Street development project is nearly complete with the last unit, 1834A Mason Street scheduled to close in thirty days.  The property at 1754-1760 Mission Street is currently listed.

- Administration of payroll for Mr. Pollard's two ongoing and operating companies, SF Garage Company and Mercury Engineering, was moved to an independent company, BBSI, on February 7, 2014.  BBSI provides workers compensation and runs payroll on a weekly basis with the payroll taxes due to the IRS and EDD remitted to the respective taxing authorities on the same day.  They also prepare and file all payroll tax returns.

Since the time I was engaged by Mr. Pollard, I have found him to be fully cooperative with all requests from the tax authorities and intent on being compliant with all tax laws.  In my opinion, he has taken the initiative to fully address his tax obligations.

I am available to answer any questions you may have regarding the matters addressed above.

Sincerely,

Steven M. Katz

8190-1\2046375v1

# **EXHIBIT H**

Letter to IRS Agent Natalie Richards

Attaching $100,000 Cashier's Check

# SWANSON & McNAMARA

300 Montgomery Street
Suite 1100
San Francisco, CA 94104
www.swansonmcnamara.com
Tel  (415) 477-3800
Fax  (415) 477-9010

May 8, 2014

VIA HAND DELIVERY

Natalie Richards
IRS Agent

Re:      United States v. John Clifford Pollard, CR 13-0722 WHO
         Closing Agreement on Final Determination Covering Specific Matters

Dear Ms. Richards:

Please find enclosed a cashier's check in the amount of $100,000.00 as a first installment from John Clifford Pollard per the Closing Agreement on Final Determination Covering Specific Matters. Please contact our office with any questions.  Thank you very much.

Sincerely,

Alex Barkett
Office Manager
Swanson & McNamara LLP

Enclosure

**WESTAMERICA BANK**
1108 FIFTH AVENUE, SAN RAFAEL, CA 94915
1-800-848-1088

**CASHIER'S CHECK**

0398603

BRANCH   San Francisco      9240      DATE   5/8/2014      90-4021/1211
1699200008

PAY TO
THE
ORDER OF   ***THE UNITED STATES TREASURY***

$   *100,000.00*

*****$100,000.00*****

DOLLARS

Drawer: WESTAMERICA BANK   NOT NEGOTIABLE

***SWANSON & MCNAMARA***

REMITTER

NOTICE TO CUSTOMER: An indemnity bond may be
required before this check will be replaced or refunded in
the event it is lost, misplaced or stolen.

001-011

CUSTOMER COPY

---

**FILE COPY**   **WESTAMERICA BANK**

TEL001 (1/10)
M 3344511.3

**CHECKING ADVICE OF CHARGE**

Swanson & McNamara _____

_____   DATE   5/8/14

&   BRANCH / DEPT.   9240/SF

PREPARED BY

APPROVED BY

DESCRIPTION:   Cashiers Check 0398603
per customer letter

(40) DEBIT MEMO      (99) MISCELLANEOUS FEE
(60) TELEPHONE TRANSFER
OTHER TRAN CODE

ACCOUNT NUMBER

TRAN CODE   * 4 0      $   TOTAL AMOUNT   100000.00

---

WESTAMERICA
San Francisco

Date - Time: 05/08/2014-12:37
Effective: 05/08/2014
Tran: 12
Teller: 1

Transactions:
Type   Account/Serial      Amount

Cashier's Check:
0398603                    100,000.00
Cashier's Check Fee         0.00

Carry Forward Amount:      0.00
Cash Received:             0.00
Checks Received:      100000.00
Cash Back:                 0.00

All items are Created Subject to
Verification and Collection

Sign up for eStatements
Ask us How

# **EXHIBIT I**

## Addendum Letter from Christine Wade

CHRISTINE R. WADE, ESQ.
2058 CENTRAL AVE.
ALAMEDA, CA 94501
415.505.9928

May 8, 2014

Hon. William H. Orrick
United States District Judge
Northern District of California
450 Golden Gate Avenue, 17th floor
San Francisco, CA 94102

**Re:**    *John C. Pollard and SF Garage Company Inc.*

Dear Judge Orrick:

I represented John Pollard and SF Garage Company Inc. with regard to real estate and business matters for over two years and in doing so worked very closely with him on a daily basis. Mr. Pollard is President and CEO of SF Garage and has been since the company was founded.

During the course of my work with Mr. Pollard, I have seen on a day to day basis the critical role that he plays in virtually all aspects of the business. Like any other small to medium sized business, Mr. Pollard as the founder, visionary, and chief officer is, within every meaning of the word, integral to the business's continued existence.

Using a typical construction project as an example, Mr. Pollard alone performs the following:

- o Business development – Mr. Pollard through networking, contacts, giving speeches and referrals generates virtually all of the business that comes in the door. I estimate that Mr. Pollard spends at least 20 hours a week generating new business.
- o Meeting the client – all potential client meetings with Mr. Pollard. Clients hire the company because of Mr. Pollard's depth of knowledge, creative thinking, personal connection and extensive experience and contacts with all aspects of San Francisco construction.
- o Bidding the job – through his years of experience and his extensive knowledge of the construction industry, Mr. Pollard prepares all of the company's bids for work.
- o Permitting – the company's ability to obtain permits, particularly complex building and planning permits, comes from Mr. Pollard's broad experience, knowledge of the codes and daily and long-term relationships with building and planning officials.

May 8, 2014
Page 2

- o Construction planning – Mr. Pollard sets the schedule with the clients and establishes the team for the project.  He motivates and pushes the workers in the field to ensure that client schedules and expectations are met.
- o Client contact – Mr. Pollard is the primary client contact. In fact, most clients insist on speaking only with him.
- o Vision – Mr. Pollard alone sets the vision for the company.  He identifies the business possibilities, vets them, pursues them and brings them to fruition.

In Mr. Pollard's absence, even for a matter of weeks, the company would be unable to survive.  The company's continued existence depends first and foremost on a continuing stream of new clients and new projects, and it is no exaggeration to say that new business will literally dry up without him.  Without new business, bills cannot be paid, materials cannot be purchase, and the more than 40 employees cannot be paid and will lose their jobs.  In addition, existing projects would stall if not cease completely, causing an avalanche of further problems, likely including legal claims against the company.

In every way that matters, Mr. Pollard's continued day to day participation in the company is vital.  Without his consistent presence, there will be no company.

Sincerely,

Christine R. Wade

# **EXHIBIT J**

Letter from Adam McNicol

MR ADAM MCNICOL
1836A MASON STREET
SAN FRANCISCO, CA.

May 8, 2014

Hon. William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Orrick

I am writing to offer my observations as to the catastrophic effect of the absence of John Pollard as
leader of SF Garage Company and associated businesses. My name is Adam McNicol, I am a real
estate investor and private equity executive. I have over 23 years of financial industry experience
managing and analyzing various businesses.

It is my considered opinion that without John Pollards in person daily management the business will
collapse. The business requires constant new business development to generate revenue to support
the cost of operations, which is primarily labor costs. Without new projects, the business cannot
retain workers, the workers will lose their jobs. Clients will leave and relationships will be
broken. John is the sole person developing new business, bidding on projects and is the only one
with the deep relationships and experience throughout the city to obtain approvals for work. John is
literally the engine of the business. Without John it will collapse and over 40 families will lose their
paycheck.

Sincerely

Adam McNicol

# **<u>EXHIBIT K</u>**

Addendum Letter from Jonathan Powell

179 Osgood Rd.
Sanbornton, NH 03269

May 18, 2014

Hon. William H. Orrick
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Your Honor:

As an addendum to my previous letter of support for John Pollard, I would like to highlight some of the ways that he supports his family.

John's mother is 72 years old and lives alone in an apartment in a small town in central New Hampshire. She has been mentally ill her entire life, suffering from bi-polar disorder. Her primary source of income is social security which does not cover her basic living expenses. Without the additional support John has been providing her for over 20 years she would not have been able to remain in her home. John currently provides her with a monthly allowance of $400 and provides her with a cell phone so she can be in contact with her family.

He has also been involved with the lives of his youngest brothers, who are currently teenagers. When they were born their mother had recently married John's father, and they were living an isolated and hermit-like existence on a small farm in rural Vermont. The marriage did not last, and the mother relocated in Vermont with the boys. For many years they were home schooled. John has been concerned about what he perceived to be their insular lifestyle and unaspiring upbringing, and even though they live on the opposite coast from him, he has tried to provide support, broaden their horizons and inspire them to pursue higher goals.

He was determined that the boys would receive a proper education and worked tirelessly to persuade their mother to send them to school, which John continues to pays for. He has visited them and provided them with computers, books and clothing. He has invited them to a yearly gathering of the siblings at Martha's Vineyard, and has flown them out to visit him in San Francisco. John has been a mentor to the boys, he has discussed education and goals with them, spoken to their guidance counselor, and tried to set up tutoring services. Sam has applied to the College of Marin and plans to start there in August and live with John in San Francisco.

I hope this has been a helpful contribution to gaining an understanding of John's contributions to his family.

Sincerely,

Jonathan Powell

# **EXHIBIT L**

Letter from Bevan Dufty

Bevan Dufty
280 Waller Street
San Francisco, CA 94102
bevan.dufty@gmail.com
(415) 595-3213

February 3, 2014

The Honorable Judge William Orrick
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Orrick:

I have known John Pollard for over ten years. During this time, I served as an elected Member of the San Francisco Board of Supervisors (2002-2011) and as Director of the Mayor's Office of HOPE (Housing Opportunity, Partnerships and Engagement) (2012-present).

John has been a compassionate and generous individual. Because of the difficulties and challenges he faced growing up; John has worked frequently with me to reach out to help others.

One very notable occasion was December/January of 2012/2013. Our City was experiencing a high number of expectant single-mothers who were homeless. As you might imagine, having a mother and newborn in a shelter, even a family shelter, is not optimal from the standpoint of exposure to illnesses and lack of privacy.

Even a Single Room Occupancy (SRO) hotel room was problematic, without a sink in the room to maintain cleanliness for the newborn's health.

Early in 2012, the Mayor's Office had partnered with Salesforce on the renovation of 12 rooms in a former convent in the Richmond District. Catholic Charities (CCCYO) had been operating these rooms on the Convent's 2nd floor for single Moms and their children. I asked CCCYO if they could consider adding three additional rooms on the unoccupied 3rd floor for mothers with newborns.

The convent is more than 60 years old and there had not been needed upgrades to the building's systems. Consequently, CCCYO was fearful that adding these residents wouldn't lead to plumbing problems and flooding that could displace existing families.

I approached John and, the very next morning, he accompanied me to see the property. From that moment, you would have thought we'd been chosen for an extreme home makeover show. Plumbers, electricians and other skilled personnel rolled up their sleeves to lovingly and carefully improve the systems so that three moms and their infants could move into the building.

Throughout the past year, John and his staff have been on-call and responded whenever a problem occurred. Catholic Charities has been incredibly grateful for John's generosity and those who work with

homeless women who are expecting say that these rooms, combined with four more in an SRO (for those with partners) have changed the landscape in terms of not having women deliver and then enter shelters.

More recently, John is helping me find new space to locate the Homeless Youth Alliance (HYA) of the Haight Ashbury which lost its 12-year lease on Haight Street.

I regret the problems that have brought John before you in Court. He is operating so many entities and undertaking so many projects that I have worried about him managing it all. I believe that John has taken this to heart and that he will be careful to ensure that everything he does reflects the care necessary in the field of construction, renovation and development.

I can attest to the consistent generosity he has shown towards my work helping people to exit homelessness. I am deeply grateful for his involvement and commitment. I appreciate your consideration of my experiences with John as you decide upon his case and sentence.

While my letter references my contact with John as a Supervisor, as well as working for the Mayor, this letter should not be interpreted as involving the Mayor. This is a personal reference from me alone. Thank you for understanding.

Sincerely,

BEVAN DUFTY

# **EXHIBIT M**

Letter from Hansa Patel

**Hansa R. Patel**
**33 Santa Monica Way**
**San Francisco, California 94127**
**Tel: (415) 812-1052**
**Fax: (415) 463-1052**

May 21, 2014

Hon. William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

The Honorable Judge Orrick,

I have known John Pollard for over 10 years. I meet John years ago when I was looking for someone to build me a garage for my home. What made me hire John for the project was about his character. Although I had interviewed other potential contractors to build my garage, John was different. I really appreciated the fact that he treated me with respect and did not dismiss me because I was a woman. John was fair, honest and respectful unlike other contractors I had interviewed.

During the construction of my garage, my extended family has meet John and hired him for multiple projects. Now, he is a close family friend who regularly comes over for meals at my parent's home. Last year, John even joined us for our family Christmas lunch. During these meals, I have come to discover that John was raised and continues to be a vegetarian and show love and respect for animals. I have also discovered, while in our family home, that John may be single but he really is a family man. He takes care of his family and truly cares about the people he works with and his employees. In addition, now John is trying to care for and provide financially and emotionally for his step-siblings who are minors. Their mother suffers from severe mental health problems. John clearly cares about people and takes care of them. He would not intentionally try to defraud anyone.

This year I have earned a lot more about John. Recently I was at a mixer for University of San Francisco Juvenile Dependency Clinic interns and San Francisco Juvenile Dependency Panel Attorneys. For the past 10 years, I have been practicing Juvenile Dependency Law in San Francisco, including advocating for abused and neglected children and their parents. At the same location as my event was an event for the Real Estate Brokers and John was one of their speakers. During this event, I casually asked John to help provide housing for abused and neglected children especially Non-Minor Dependents of the Court. John said sure I will help. Well, I can say John is a man of his word. For the past several months, John and I have been working together with San Francisco Human Services Agency, Family and Children's Services Division and First Place Youth (which provides independent living services foster-children) to develop housing and job opportunity for our foster-kids, specially Non-Minor Juvenile Dependents. While working this project, I have discovered that John wants to support these programs because he can relate to the kids. John's parents suffer from severe mental health problems and therefore he and his younger sister were left alone for significant periods of time

without any adult supervision.  John is trying to help kids, like himself.  John wants to help abused and neglect kids because he cares about our community and not for financial gain.

Your Honor, John Pollard is a good, honest person and a valuable member of our community.  I do not believe John would knowingly defraud his family, employees or community.  John has informed me about his guilty plea.  However, I believe that his troubles are more due to lack of administrative supervision and not dishonesty.

Thank you.

Sincerely,

Hansa R. Patel

# **<u>EXHIBIT N</u>**

Letter from Cody VanValkenburgh

1/24/14

Hon. William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Orrick,

I have known John since I was a kid growing up in New Hampshire; in fact John's father and my father were contractors together, and when John was young and trying to make his way in the world my father gave him one of his first jobs. When I finished with college and decided to come west, not really sure of the path I wanted to take in life, things came full circle and John gave me a job and an opportunity to find my footing and flourish in a career. This is indicative of John's nature in general. Despite never finishing a formal education when he was young, he was able to build his life and business off of ambition, drive, and goals. John's goals in life have never been centered on personal wealth. He lives more humbly than most people I know, and takes pleasure from sharing his success, helping others achieve their own success, and giving back to the community.

From a business perspective working side by side with John over the years he's surrounded himself with a group of people who are very loyal and in turn have been working for him for much longer than any typical construction company; in turn becoming like a family over the years. Operating as a family John has wanted to protect his employees with job security and a career path. Due to his lack of traditional education, understanding of corporate structure and financials, John acted out of the necessity as a small business owner to center on garnering new business and managing current jobs to keep the company afloat. There were a few very hard years for companies all over the country and John's was no exception. With his focus on making sure employees were able to keep their jobs and food on their tables, he made decisions based out of necessity not out of malice.

I left the company for a short while to pursue my own endeavors, but returned a few years later to help John organize his company; since my return John and I have gathered a high-quality team to ensure that the entire company is meeting all requirements, and to help educate John on corporate fiscal responsibility. He has been eager to be educated and make the necessary changes to ensure full compliance while still being able to grow and nurture his company and his employees. Everything has been a learning process for him, and he has no caveat about taking responsibility for mistakes he has made, and I truly believe he has learned his lesson and is excited to move forward with a fresh new start and the chance to continue to help everyone who is a part of his life both personally and professionally.

Respectfully,

Cody VanValkenburgh
1754 Mission St Apt 2
San Francisco CA 94103

# **EXHIBIT O**

# Letter from Gabriel Matty

The Honorable Judge William H Orrick                    12 December 2013

United States District Court

Northern District of California

450 Golden Gate Ave

San Francisco, CA 94102


Dear Judge Orrick,

     I am currently a Major in the United States Air Force, flying the EC-130H at Davis-Monthan AFB in Arizona. I am writing this letter on behalf of John Pollard, a personal friend and mentor. I am 38 years old and I don't remember a time in my life when I didn't know John. He is the most genuine individual I have ever met and I have the greatest respect for him as a human being and as a business man. I feel I owe at least some part of the credit for my successful career to John. He was my soccer coach in high school and beyond coaching advised me on life matters and difficult decisions. Like many teens I made some bad choices as I was growing up and on a number of occasions it was John who helped me get back on track. He told me to admit any wrong doing immediately and always tell the truth. It was simple advise but very difficult to follow. Integrity first is fittingly the first core vale of the Air Force. John has always been able to come to this conclusion on his own without the benefit of any organizational values or counsel. I have always respected him for his ability to be self-reliant. John quite literally raised himself and it is a rare thing to meet someone who intrinsically does the right thing without being told to do so. In all the years I have known John I have never known him to intentionally deceive anyone. I am aware of the charges brought against John and I believe it to be an unfortunate oversight on his part rather than any intent to deceive.


     Thank you for your time,
     Very Respectfully,


     Gabriel Matty

# **EXHIBIT P**

Letter from Gina Weyant

Hon. Judge William H Orrick

United States District Court

Northern District of California

450 Golden Gate Ave

San Francisco, CA 94102


Dear Judge Orrick,

 I am writing this letter on behalf of John Pollard, a family friend
for over 36 years. I first met John in 1977 when he moved to NH to attend
Sant Bani School where I was a Junior. I believe there were less than 50
students enrolled in grades K through 12 that year, needless to say we
were a close knit group who became more like family not just schoolmates.
Sant Bani School's motto is: Be Good, Do Good, Be One. I mention this
because I believe John embraces and executes this motto more genuinely
than any other Alumni I know.

 I was invited to John's 10th birthday party that first year and what
was most compelling to me at the time, something I have never forgotten,
and something that speaks volumes to John's character, is how he threw
this birthday party without parental supervision. I arrived at his house
along with others, to find no banners, no cake, no ice cream, no presents,
and more shocking, no parents. John greeted us all with genuine happiness
and gratitude and oblivious to the awkwardness of the situation, invited
us to play a game of tag. The party for John was all about the people and
not about the spotlight or the stuff and I believe this to be John's true
nature.

 I have kept in contact with John over the years and watched him build
business after business and not surprisingly, invite all of his friends to
participate. Quite a few of us from NH, most recently myself and my
husband, have left the the cold and inhospitable NorthEast on John's
suggestion, and joined him in San Francisco to work for and in some cases
in competition with him. John puts great trust and confidence in those
from him childhood and  I am aware of the charges John has plead guilty to
and and I believe this trouble to be more of a lack of oversight on his
part than an intent to deceive.

Thank-you for your time,
Sincerely,

Gina Weyant

# **EXHIBIT Q**

Letter from Jeanette Hosch

January 24, 2014

Honorable William H. Orrick:

Dear Sir:

My name is Jeanette Hosch.  I am originally from Crosby, Texas but have lived in San Francisco for about 20 years.  I work for John Pollard at SF Garage Company.  I have worked for John for a good many years and feel I know him very well.   With your kind indulgence, I would like to tell you about John.

John is truly a self made man.  He was on his own from an early age with no real family support so he had to learn to make it on his own.   John never felt sorry for himself though, he just learned to make his way in the world and was supporting himself when he was just a young boy.  You might think this would make him bitter toward his parents but John takes care of them in their old age and supplies all their needs .  He is a strong man and as the eldest son, he really holds his family together and takes care of his sisters and his two little brothers.  They all count on John and he is always there for them.  He is like a father figure to his two little brothers.  Sam is 16 and Silas is 14.  He pays all their expenses and they call him with all their problems and needs and he is always there for them.

As a business man here in San Francisco, John is very involved in many charitable organizations.  Always willing to help when called upon.  He not only donates money but charitable organizations call him when things break down or they need work of some sort done.  John always sends a crew over to fix them up.  He is a tough man but also has such a tender heart.  I have seen it over and over through the years.  When anyone needs help and calls out to John, he will be there for them.

I remember several employees that had deaths in their families and had no insurance or money for the funeral.  John gave them the money to take care of the expenses.  I remember a man in a custody fight for his children and John came to his aid with money to pay his lawyers.  There was an old man that was living in his car, John gave him a job and allowed him to live in one of his buildings for over 8 years for free.  That man is still working with us even though he is old and broken down and not much help but John continues to help him so he can have the money that he needs to live.  Old friends are always calling John for jobs and help.  He will hire them and give them a place to live until they get on their feet.  It happens all the time.  One of his old friends had a major drug problem and John tried to help him over and over again.  He would hire him and get him into rehab and do all he could to help him.  Then the guy would fall off the wagon and even steal from John but yet John would still help him and try to get him back into rehab.  This is a continuing scenario even today with this one guy.

I could go on and on about all I have witnessed through the years but I hope you can get an understanding of a good but flawed man.  I think he was only trying to make it in the world and help those he could along the way the best way he knew how.  Now, realizing his mistakes, I am sure John will do all he can to make amends.  That is just the kind of man he is.

Respectfully,

Jeanette Hosch

# **EXHIBIT R**

Letter from Judith Davidson

18 COLONY DR., ORLEANS, MA 02653
TEL  508 240-2148   FAX  508 240-2148   EMAIL  JUDITHDAVIDSON@COMCAST.NET

# JUDITH DAVIDSON

January 24, 2014
Hon. William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Orrick:

I have known John Pollard since he was five years old.  For a time his family lived next door to us, and he has long been a good friend of my children.

As a graduate of Cornell University I taught high school math before my children were born and helped with bookkeeping in my husband's picture frame shop.  I manage a charitable family foundation, and have also operated a small artist management business and an investment advice business.

John Pollard is a self-made man.  His parents separated when he was about twelve, and he has had to fend for himself practically all his life.  His father is a carpenter and farmer, and left him alone most of the time.  His mother left for NYC to be a jazz singer.  John is very smart and well-read, but does not have much in the way of academic credentials.

However, he has been a hard worker, a good innovator, designer and organizer of construction projects. I have seen a number of his finished projects in San Francisco, and they are beautiful. He is a generous soul.  He has provided jobs for many people, and has supported his father, his mother, and his two younger brothers.  He generally takes all his siblings on vacation for a week every year, and has sent large donations to Sant Bani School, a private K-12 school in NH where I serve as a Trustee, whenever he is able.

It would hurt a lot of people if John were sentenced to any time in jail, as he is essential to his business enterprises, and supports so many people.


Sincerely yours,

Judith Davidson
Judith Davidson

# **EXHIBIT S**

Letter from Rachel Abraham-Pollard

Honorable Judge William H. Orrick
United States District Judge
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Dear Judge Orrick,

My name is Rachel Abraham-Pollard.  My brother, John Pollard, has been an inspirational and motivational person throughout my life.  Being 13 years apart and having different mothers, we did not grow up in the same household, but I saw John fairly frequently as a child and always looked up to him and his ambitious and adventurous take on life.  I loved spending time with him when I was younger.  About 10 years ago I moved to California and John and I developed a much closer friendship. He is now one of the most important people in my life, and I have been working alongside him for the past 8 years with both business and personal aspects of each other's lives.

To describe John in a few paragraphs would be impossible, but I can easily describe some of his best attributes.  He is by and far the most driven, hardest working person I have ever met. He started his first construction company as a teenager in New England, and has never stopped growing it since.  He did not attend college, or have a traditional education and upbringing, but he has studied and self-taught himself everything he needs to know.  He enjoys gaining new knowledge from his vast collection of books with topics ranging from Business Management to the Art of Running. Aside from reading he has absorbed knowledge from his hands on life skills as a business owner which has contributed to becoming an extremely hard worker.  He is constantly trying to come up with ways to make himself and his business more efficient and grow.  He is constantly working from 6 am until far into the evening often 7 days a week. Watching how hard he works has instilled a hard work ethic upon me. John to me is proof of the American dream; that you can achieve anything in life, and obtain the success you want, as long as you work hard with passion and determination.  John has developed a great group of people that work with him; we are a like a large family and most of the core employees have been friends (or in my case related to) with John for years.  He has always believed strongly in surrounding himself with great trust worthy people to build his companies with.

John Pollard has done, and does so much for so many people starting with our large 'sibling' family (our father has eight children with four different women).  Although John did not feel like he grew up with a large connection to family, he has within the past 10 years put a lot of effort and assistance to our siblings; especially with our two younger brothers whom are now 14 and 17 years old.  John had the idea of gathering all of the siblings together and taking a vacation at least once a year, so that we can all reconnect and bond our family.  We have continued this tradition for the past 7 years and have all enjoyed and gained greatly from it.  John is extremely generous with everyone close to him in his life, has been sponsoring all of us on these trips himself.  Our Father and step-mother and our two younger brothers live a very simple lifestyle in rural Vermont.  For the first 6 to 8 years of these boys lives their parents were intent on homeschooling them.  John grew very fond of these boys and felt strongly that they needed to receive a good education.  It was clear that they were not being homeschooled very

much, and John played a large roll making sure that they were sent to a good school for a proper education. To ensure this happened, John has being paying for both our brothers to attend private schools in Vermont, first a Waldorph elementary school and now High School at Thetford Academy. The boys, because of this, are both excelling academically, socially, and finally realizing their potential to excel in sports. They are thriving because of these opportunities, maturing greatly, and John is almost 100% single handedly responsible for this. John has also financially assisted our father, our step-mother, and John's own Mother on a monthly basis, never expecting anything in return. He simply wants to give our younger brothers a chance to do things differently than how he was raised, and give them the tools that they will need to succeed in life and their futures.

John has always believed strongly in helping others, especially the youth. He has been involved with many volunteer groups throughout his adult life, from Big Brother, to soccer camps, after school youth groups for troubled teens, etc. He has been actively coming up with ideas to begin a non-profit that helps children from all backgrounds gain some real life work experience in fields he can mentor in; such as construction, electrical, plumbing, engineering etc. We are hoping to get this non-profit established within the next year or so. John has also served on the board of trustees for a small private school in New Hampshire called Sant Bani School, which he attended for a few years and I graduated from. Sant Bani is a unique school in which John and I feel very passionate about. It incorporates a strong education alongside the value of service to others, and teaches embracing diversity among all walks of life. This school instilled upon us our values of treating each person with compassion and helping everyone we can succeed.

John is a valuable contributing member to not only our family, but also to all of the people he employs and tries to help educate and expand their skill sets. He is constantly giving chances to people who have a desire to learn and work hard but have not been given a chance before to show their full potential. As a result of how he runs the company with it feeling like a 'family' he has many loyal employees that have worked for him for 10 years, and know that if some obstacle arises in their life they can depend on John to help them through it. He also will sponsor employees with schooling if they want to further their education in the area of work they are interested in. John is also a very active member in many of the communities in San Francisco, doing charity work to help those less fortunate, and encouraging others to explore new facets in their life from underwater hockey, to teaching people how to successfully navigate and sail the San Francisco bay.

In summary, in my opinion, John Pollard has a great character and is inherently a good, and honest person. He is a very charismatic and his often infectious passion and ability to relate well to other people has taken him far in life. It is the above examples that begin to describe the amazing person that John Pollard has become. He continues to influence my life and many others in a positive way every day.

Sincerely,

Rachel Abraham-Pollard